FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 25 2018

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | Criminal Action No. |
| ERROL BUGGS | 1:18-CR-185 |

I, ERROL BUGGS, the above named defendant, who is accused of wire fraud in connection with an unauthorized transfer of funds to Tredd, LLC, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 25, 2018 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ERROL BUGGS
Defendant

_____
Seth Kirschenbaum, Esq.
Counsel for Defendant

Before _____
        Judicial Officer